**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph C. Klinger             CHAPTER 7
       Kenneth W. Klinger

          Debtor(s)            BKY. NO. 21-10893 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

           Respectfully submitted,

           /s/ *Rebecca Solarz*
           Rebecca Solarz
           10 May 2021, 15:20:26, EDT

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322