Certificate Number: 06501-PAE-DE-035679376

Bankruptcy Case Number: 21-10893



06501-PAE-DE-035679376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2021, at 4:13 o'clock PM CDT, Kenneth Klinger completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 17, 2021               By:     /s/Carlo Skrupa

                                        Name:   Carlo Skrupa

                                        Title:  Program Manager