# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :         Bankruptcy No. 21-10893-mdc

Joseph C. Klinger
Kenneth W. Klinger              :         Chapter 7

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and Ally Bank, the court held a hearing on June 23, 2021 required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.

COURT ORDER:

_____   The court grants the debtor(s) motion under 11 U.S.C. s 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s)

_____   The court grants the debtor's motion under U.S.C. s 524 (K)(8) and approves the reaffirmation agreement described above

.

_____   The court does not approve the reaffirmation agreement.

✓       The court approves the reaffirmation agreement.

Date:  July 19, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**United States Trustee**
833 Chestnut St
Philadelphia, PA 19107

Chapter 7 Trustee

Debtor(s)